

Entered on Docket
April 12, 2011

_____
**Hon. Mike K. Nakagawa**
~~United States Bankruptcy Judge~~

1  KATHLEEN A. LEAVITT
   ~~CHAPTER 13 STANDING TRUSTEE~~
2  201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4  **UNITED STATES BANKRUPTCY COURT**
   **DISTRICT OF NEVADA**

5  IN RE:                                Chapter 13
   **ALBERTO B GONZALEZ**                BKS-11-12112-MKN

6                                         Hearing Date: N/A
              **Debtor**                  Hearing Time: N/A
7
   **PRO SE DEBTOR**
8  **Attorney for Debtor**

9       **EX-PARTE ORDER DISMISSING CHAPTER 13**
        **CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**
10

11     As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12  filed Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan as required within the

   forty-five (45) day period, which expired on April 02, 2011.
13
   . . .
14
   . . .
15
   . . .

1

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: April 04, 2011
9 (CJY)